No. 5,150.—STATE EX REL. FIRST NATIONAL BANK OF
MILES CITY, RELATOR, *v.* DISTRICT COURT ET AL.,
RESPONDENTS.

Original application for Writ of Supervisory Control to
the District Court of the Ninth Judicial District, in and for
the County of Gallatin, and B. B. Law, Judge thereof, to set
aside an order refusing to grant a change of venue from
Gallatin County to Custer County, in the action of Walter
Johnson against the relator.

Decided June 2, 1922.

PER CURIAM.—The application of the relator for a writ
of supervisory control is, after due consideration by the court,
denied.

*Mr. H. E. Herrick,* for Relator.